UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:14-CR00122 CEJ |
| DAVID SHEN, | ) |
| Defendant. | ) |

## DEFENDANT'S OBJECTIONS TO REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

COMES NOW Defendant, by and through his attorney, and files WRITTEN OBJECTIONS to the Report and Recommendations of the United States Magistrate Judge in their entirety in law and fact and pursuant to 28 U.S.C. 636(b)(1) with respect to each and all said recommendations, singularly and collectively, of the United States Magistrate Judge's Report and Recommendations.

WHEREFORE, Defendant David Shen, by his attorney, files these OBJECTIONS to the United States Magistrate Judge's report and Recommendations and requests a *de novo* review and a *de novo* hearing before This Court and for such other and further relief as This Court may deem meet and proper.

Respectfully Submitted,

/s/ Nick A. Zotos_____
NICK A. ZOTOS, EDMO 4774
Attorney for Defendant
4235 Lindell Boulevard
St. Louis, MO 63108
(314)534-1797
nickzotos@sbcglobal.net

## CERTIFICATE OF SERVICE

   I hereby certify that on May 21, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record and mailed to any non-participating attorneys in Electronic Case Filing.

                /s/ Nick A. Zotos_____